# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DAVID AXELROD**<br>Plaintiff | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:22-cv-00440 (JCH) |
| v. | : <br> : | |
| **POSIGEN CT LLC and**<br>**THOMAS A. NEYHART,**<br>Defendants | : <br> : <br> : <br> : | **OCTOBER 12, 2022** |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT OF FLSA CLAIMS AND DISMISSAL WITH PREJUDICE

Plaintiff, David Axelrod, and Defendants, Posigen CT LLC and Thomas A. Neyhart, in the above captioned matter jointly move for an order granting approval of the Parties' settlement agreement and release of claims under the Fair Labor Standards Act ("Settlement Agreement") for the reasons set forth in the accompanying Memorandum of Law.

On behalf of Plaintiff,

By: /s/ Andrew A. Cohen
Andrew A. Cohen (ct07124)
Andrew A. Cohen Law
110 Whitney Avenue
New Haven, CT 06510
Tel.: (203) 873-8993
Email: andrew@andrewacohenlaw.com

On behalf of Defendants,

By: /s/ Dove A.E. Burns
Dove A.E. Burns (ct27180)
900 Chapel Street, 10th Floor
New Haven, Connecticut 06510
Tel.: (860) 706-0141
Fax: (860) 275-6819
Email: dove.burns@obermayer.com

4885-8240-6200 v1

## CERTIFICATION OF SERVICE

This is to certify that on October 12, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Dove A.E. Burns
Dove A.E. Burns

---

[1] A copy of the Parties' draft Settlement Agreement is attached hereto as *Exhibit A*.

4885-8240-6200 v1